JULIA CRONSHAW *vs.* WILLIAM CRONSHAW *et al.*

PROVIDENCE—DECEMBER 30, 1898.

PRESENT: Matteson, C. J., Stiness and Tillinghast, JJ.

(1) *Partition.   Personalty Treated as Realty.   Widow's Rights in Addi-
tion to Dower.*

Proceeds of a sale of real estate in a partition suit are to be treated as land
in determining the rights of a widow to the statutory provision for her
out of her deceased husband's estate.

A widow without surviving descendants of the marriage is entitled to
have set off to her real estate of her husband other than that included in
her assignment of dower.

APPEAL from a decree of a Court of Probate dismissing an
application of a widow to have certain of her deceased hus-
band's real estate set off to her use in addition to her dower.
Heard on motion of appellee to dismiss the appeal.

(1)    PER CURIAM.    We think that the share of the proceeds of
the sale of the land in the partition suit, which would have
belonged to John Cronshaw if he had survived, is to be
treated as land.    Freem. Cot. § 549.

We also think that the appellant, Julia Cronshaw, is enti-
tled to have the same set off to her, to hold in addition to
her dower, as provided in Gen. Laws R. I. cap. 214, § 4.

*Claude J. Farnsworth*, for appellant.
*John Palmer*, for appellees.